NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3066

KARYN THOMAS,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0752070403-I-2.

ON MOTION

ORDER

Upon consideration of Karyn Thomas's motion for leave to file a supplement to

the joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alan Kenneth Hahn, Esq.
Tara K. Hogan, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2009

JAN HORBALY
CLERK